Woodrow FLEMMING, Plaintiff–
Appellant,

v.

Lester WRIGHT, Medical Doctor, Don-
ald Selsky, Director of Special Hous-
ing, Anthony Boucaud, Deputy for Ad-
ministration, Burdick, Medical Doctor
for Flemming 12–03 to 3–05, Admikis,
Hearing Lieutenant and Acting Cap-
tain, Regional Medical Unit Walsh
Mohawk, Rosadro, Deputy, Head of
Regional Medical Unit, Walsh Medi-
cal Center, Sharma, Head Medical
Doctor in charge at Regional Medical
Unit Walsh, Bishop, Security Ser-
geant at Upstate Correctional Facili-
ty, Pierce, Security Sergeant at Re-
gional Medical Unit, Walsh Mohawk,
N. Smith, Nurse Administrator of Up-
state Medical, Evelyn Weissman,
Head Medical Director in charge, Up-
state Correctional Facility, Deana L.
Buffham, Medical Medication Nurse,
Upstate Correctional Facility, Batis,
In charge of Nursing, A Wing, Re-
gional Medical Unit, Walsh, Lisa
O'Bryant, Nurse in charge, A Wing,
Regional Medical Unit, Walsh, Lovett,
Security Officer at Regional Medical
Unit, Walsh Mohawk Correction, Sza-
jer, Security Officer at Regional Med-
ical Unit, Walsh Mohawk, Davis,
Medication Nurse, E Wing, Regional
Medical Unit, Walsh, Miller, Medi-
cation Nurse, Michael Maher, Acting
Superintendent, Regional Medical
Unit, Walsh Medical Complex, Mo-
hawk Corrections, Gardner, Security
Officer, Defendants–Appellees.

No. 10–3565–pr.

United States Court of Appeals,
Second Circuit.

April 20, 2011.

Woodrow Flemming, Malone, NY, pro
se.

No appearance for Appellees.

Present: ROBERT D. SACK, ROBERT
A. KATZMANN, RAYMOND J.
LOHIER, JR., Circuit Judges.

## SUMMARY ORDER

Appellant Woodrow Flemming, proceed-
ing *pro se,* appeals the district court's deci-
sion and order denying his motion, pursu-
ant to Fed.R.Civ.P. 60(b), for relief from
the judgment dismissing his 42 U.S.C.
§ 1983 complaint. We assume the parties'
familiarity with the underlying facts and
the procedural history of the case.

We review the denial of Rule 60(b) mo-
tions for abuse of discretion. *Transaero,
Inc. v. La Fuerza Aerea Boliviana,* 162
F.3d 724, 729 (2d Cir.1998). "A district

court would necessarily abuse its discretion if it based its ruling on an erroneous assessment of the law or a clearly erroneous assessment of the evidence." *Id.* (internal quotation marks omitted).

Having conducted an independent and *de novo* review of the record in light of these principles, we affirm the district court's order for substantially the same reasons stated by the district court in its thorough and well-reasoned decision.

We have considered Appellant's other arguments on appeal and have found them to be without merit. Accordingly, the order of the district court is hereby **AFFIRMED**.